## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Randall Brian Keiser
Keiser Law Firm
P.O. Box 12358
Alexandria LA 71315-2394

**REHEARING ACTION: May 9, 2012**

**Docket Number: 11   01318-CA**

**JAMES BOWLIN**
**VERSUS**
**RUSSELL TAYLOR, ET AL.**

**Appealed from Rapides Parish Case No. 240118**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **City of Pineville and Donald Weatherford** has this day been

> **DENIED.**

cc: Howell D. Jones, IV, Counsel for the Appellant
    Brian K. Thompson, Counsel for the Appellee
    Harrietta Janet Bridges, Counsel for the Appellee